IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF ENERGY,** | ) |
| 1000 Independence Ave., SW | ) |
| Washington, DC 20585 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to compel Defendant U.S. DEPARTMENT OF ENERGY to discharge its obligations under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), including by conducting a reasonable search, issuing a determination, and producing records regarding President Donald Trump's Executive Order on acceptable water pressure in showerheads.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio,

streaming video, print, and live events. BLOOMBERG L.P. is one of the FOIA requesters in this case.

4.  Defendant U.S. DEPARTMENT OF ENERGY ("DOE") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5.  This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6.  Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## APRIL 10, 2025 FOIA REQUEST TO DOE

7.  On April 10, 2025, Plaintiffs submitted a FOIA request to DOE seeking the following records from the Office of the Secretary and the Office of Energy Efficiency and Renewable Energy:

> 1. All emails (including attachments), directives, memos, letters referencing President Donald Trump's April 9, 2025 Executive Order on Maintaining Acceptable Water Pressure in Showerheads.
>
> 2. All emails (including attachments), memos, letters, directives, mentioning "water pressure" and "showerheads" or "shower heads."
>
> 3. All emails (including attachment), memos, letters, directives, mentioning "showerheads" or "shower heads" and the "Oxford English Dictionary."
>
> The timeframe for this request is April 1, 2025 through the date the search for responsive records is conducted. Please omit news clippings and press releases from the search.

8.  On April 18, 2025, DOE acknowledged receipt of the FOIA request and assigned reference number HQ-2025-02820-F to the matter.

9.  A true and correct copy of the acknowledgement letter quoting the FOIA request is attached as Exhibit 1.

10. On April 23, 20245, DOE categorized Plaintiffs as "news media" requesters for the purpose of assessing fees.

11. A true and correct copy of the correspondence is attached as Exhibit 2.

12. On April 23, 2025, DOE asked Plaintiffs to confirm the date ranges, custodians, and search terms for the records searches.

13. A true and correct copy of the correspondence is included in Exhibit 3.

14. On April 23, 2025, Plaintiffs confirmed the proposed date ranges and search terms and provided one additional search term and a list of twenty-four custodians for the searches. *Id*.

15. On September 29, 2025, Plaintiffs sought an estimated date of completion for the request. *Id*.

16. DOE did not send any further correspondence to Plaintiffs regarding this request.

17. As of the date of this filing, DOE has not issued a determination on Plaintiffs' request.

18. As of the date of this filing, DOE has failed to make any responsive records promptly available to Plaintiffs.

## COUNT I – DOE'S FOIA VIOLATION

19. Paragraphs 1-18 are incorporated by reference.

20. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

21. Defendant DOE is a federal agency subject to FOIA.

22. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

23. Defendant DOE has failed to conduct a reasonable search for records responsive to the request.

24. Defendant DOE has failed to issue a determination within the statutory deadline.

25. Defendant DOE has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: November 26, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com